IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 10-CR-30155-DRH |
| | ) |
| LOUIS E. JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court upon Defendant's motion for extension of time to file memorandum in support of his motion to suppress (Doc. 14). The Court, being fully advised and good cause having been shown, **GRANTS** the motion. The deadline for filing a memorandum in support of motion to suppress is extended seven days, until February 23, 2011.

**IT IS SO ORDERED.**

**Signed this 16th day of February, 2011.**

David R. Herndon
2011.02.16 13:11:38 -06'00'

**Chief Judge**
**United States District Court**