IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | No. 10-CR-30155-DRH |
|  | ) |  |
| LOUIS E. JOHNSON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

**HERNDON, Chief Judge:**

This matter is before the Court upon Defendant's motion to continue hearing (Doc. 27) on Defendant's motion to suppress. The hearing is currently scheduled for April 5, 2011, at 9 a.m. Defendant's counsel informs the Court that he is set for trial in another case on April 4, 2011, that is expected to last for two days. Thus, he requests a continuance, and notes that the Government does no object. The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion (Doc. 27). The motion to suppress hearing is now set for April 28, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

**Signed this 24th day of March, 2011.**

Digitally signed by
David R. Herndon
Date: 2011.03.24
11:30:22 -05'00'

Chief Judge
United States District Court