# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 10-CR-30155-DRH |
| | ) | |
| **LOUIS E. JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court upon defendant's motion to continue hearing (Doc. 30) on defendant's motion to suppress. The hearing is currently scheduled for tomorrow, April 28, 2011, at 1:30 p.m. Defendant's counsel informs the Court that late Monday, April 25, 2011, the government learned that one of its necessary witnesses will be out of town until May 5, 2011. The government attempted to work around the witness's unavailability but has since concluded that the witness's testimony is necessary to present the Court with all of the information it needs to rule on defendant's motion. The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS**

defendant's motion (Doc. 30).  The motion to suppress hearing is now set for May 11, 2011 at 9:30 a.m.

**IT IS SO ORDERED.**

**Signed this 27th day of April, 2011.**

Digitally signed by David R. Herndon
Date: 2011.04.27 11:03:44 -05'00'

**Chief Judge
United States District Court**